# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **KEYNTE J. DAVIS,** | |
| **Plaintiff,** | |
| v. | Case No. 18-2295 |
| **DEPARTMENT OF HOUSING & URBAN DEVELOPMENT et al.,** | |
| **Defendants.** | |

## REPORT & RECOMMENDATION

On November 9, 2018, *pro se* Plaintiff filed his Complaint against Defendants Richard B. Berlin, Carle Hospital, Danville Housing Authority, Department of Housing & Urbana Development, and Mark E. Palermo. The District Court dismissed the case under 28 U.S.C. § 1915(e)(2) for failure to raise a claim (#11). Plaintiff sought leave to amend his Complaint, which the Court granted on August 9, 2019. Plaintiff's Amended Complaint raised claims against Defendants Carle Hospital, Danville Housing Authority, Department of Housing & Urban Development, and Mark E. Palermo. The Court granted Plaintiff leave to proceed *in forma pauperis* on December 12, 2019, but denied Plaintiff's request for counsel.

Plaintiff provided addresses for all Defendants and the Clerk sent Notices of Lawsuit and Waivers of Service to all Defendants. Defendants Danville Housing Authority, Carle Hospital, and Mark E. Palermo returned the waivers of service and responded to Plaintiff's Complaint.

However, to date, Plaintiff has failed to serve Defendant Department of Housing & Urban Development ("HUD"). The Court has given Plaintiff four opportunities to provide an accurate address for Defendant Department of Housing & Urban Development. See Text Orders dated 12/12/19, 2/4/20, 3/9/20, and 3/24/20. Plaintiff

provided an address for HUD on 1/27/20, but the Notice of Lawsuit sent by the Clerk was returned undeliverable. Plaintiff provided this same address on 3/19/20.

When proceeding *in forma pauperis*, Federal Rule of Civil Procedure 4(c) requires that the Court order that service be made by a United States marshal, deputy marshal, or personnel appointed by the court, but it is Plaintiff's responsibility to provide the address at which service can be completed. *See also* 28 U.S.C. § 1915(d).

Despite the Court's leniency in granting Plaintiff extensions of time to provide the address for Defendant HUD, Plaintiff has failed to do so. On March 24, 2020, the Court warned Plaintiff that failure to provide HUD's address may result in dismissal of Defendant HUD from this case. Because Plaintiff has failed to provide the proper address, the Court recommended that Defendant Department of Housing & Urban Development be dismissed from this case.

ENTERED this 13th day of April, 2020.

s/ERIC I. LONG<br>UNITED STATES MAGISTRATE JUDGE