UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KEYNTE J. DAVIS              ) | |
| )     | |
| Plaintiff,       ) | |
| )     | |
| v.                           ) | Case No. 18-cv-2295 |
| )     | |
| DEPARTMENT OF HOUSING AND    ) | |
| URBAN DEVELOPMENT, DANVILLE  ) | |
| HOUSING AUTHORITY, RICHARD B.) | |
| BERLIN, CARLE HOSPITAL, MARK ) | |
| E. PALERMO,                  ) | |
| )     | |
| Defendants    ) | |
| )     | |

## O R D E R

A Report and Recommendation (#42) was filed by Magistrate Judge Eric I. Long in the above cause on April 13, 2020.  On that same date, a copy of the Report and Recommendation was sent to the parties.  Judge Long recommended that the case be dismissed as to Defendant Department of Housing and Urban Development ("HUD") because of Plaintiff's repeated failure to provide an address at which HUD could be served.

The parties were instructed to file any objections to the Report and Recommendation within fourteen days after being served with a copy thereof.  The parties were also informed that a failure to object would constitute a waiver of objections on appeal.  See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir.

1

1986).

The time to object to Magistrate Judge Long's Report and Recommendation has passed, and neither party filed an objection. Therefore, following this court's de novo review of the Report and Recommendation and the reasons for it, this court agrees with and accepts Magistrate Judge Long's Report and Recommendation (#42). This court agrees that this case should be dismissed as to Defendant Department of Housing and Urban Development because of Plaintiff's repeated failure to provide an address at which HUD could be served.

IT IS THEREFOR ORDERED THAT:

(1) The Report and Recommendation (#42) is ACCEPTED by this court.

(2) This case is dismissed without prejudice as to Defendant HUD.

(3) This case is terminated as to Defendant HUD.

ENTERED this 4th day of May, 2020

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE